UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUIS GERARDO MORA,<br><br>　　　　　　　Plaintiff(s),<br>　v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,<br><br>　　　　　　　Defendant(s). | CASE NO. C24-0494-KKE<br><br>ORDER TO RESPOND TO THE MOTION FOR RECONSIDERATION |

The Court has received a motion for reconsideration filed by Defendant State Farm Mutual Automobile Insurance Company ("State Farm").  Dkt. No. 27.  Under Local Rules W.D. Wash. LCR 7(h), the Court ORDERS Plaintiff to file a response no later than September 17, 2024.  The Wagner Defendants may also file a response no later than September 17, 2024.  Defendant State Farm may file a reply on September 30, 2024.  The clerk is directed to RE-NOTE the motion for reconsideration (Dkt. No. 27) for September 30, 2024.

Dated this 3rd day of September, 2024.

*Kymberly K. Evanson*
_____
Kymberly K. Evanson
United States District Judge

ORDER TO RESPOND TO THE MOTION FOR RECONSIDERATION - 1